UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OSCAR GUILLEN, | ) |
|         Petitioner, | ) |
| v. | ) No. 1:05-cv-1052-JDT-TAB |
| CRAIG HANKS, Superintendent, | ) |
|         Respondent. | ) |

**Entry and Order to Show Cause**

**I.**

The habeas petition and supplement to such petition have been considered. From these documents, two possible coherent and viable claims emerge. The first is that the decision in the disciplinary proceeding identified as No. MCF 05-03-190 was not supported by constitutionally sufficient evidence, and the second is that the petitioner was denied an impartial decisionmaker in that proceeding. Those are the claims as to which the action shall proceed.

The petitioner's motions to dismiss, motion for summary judgment and motion for judgment on the pleadings are each **denied** as not being based on a showing that the challenged disciplinary proceeding is constitutionally infirm.

**II.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A **copy** of the petitioner's petition and of his supplements filed on September 16, 2005, and October 17, 2005, shall be sent with this Entry to the Indiana Attorney General.

**IT IS SO ORDERED.**

Date: 02/23/2006

John Daniel Tinder, Judge
United States District Court

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Distribution:

Oscar Guillen, Sr.
DOC #950987
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770